FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Native Nation,<br><br>                Plaintiff,<br><br>v.<br><br>KLICKITAT COUNTY, a political subdivision of the State of Washington; KLICKITAT COUNTY SHERIFF'S OFFICE, an agency of Klickitat County; BOB SONGER, in his official capacity; KLICKITAT COUNTY DEPARTMENT OF THE PROSECUTING ATTORNEY, an agency of Klickitat County; and DAVID QUESNEL, in his official capacity,<br><br>                Defendants. | No. 1:17-CV-3192-TOR<br><br>JUDGMENT IN A CIVIL CASE |

**THE COURT HAS ORDERED** that declaratory judgment be entered in favor of Plaintiff against all Defendants as follows:

1. Tract D, as surveyed by Cadastral Engineer Ronald Scherler and approved by the United States in 1982, is located within the exterior boundaries of the Yakama Reservation established by the Treaty of 1855. The boundaries of the area of land referred to as Tract D are those surveyed by E.D. Calvin in 1932, and by Ronald Scherler in 1982, within which there

**1 | JUDGMENT IN A CIVIL CASE**

are approximately 121,465.69 acres. Not all of Tract D falls within Klickitat County.

2. Since Tract D is within the Yakama Reservation and the State of Washington retroceded all jurisdiction concerning acts of Juvenile Delinquency committed therein by Indians, state juvenile delinquency law no longer applies to Indians within the Reservation, including Tract D.

3. Since Tract D is within the Yakama Reservation and the State of Washington retroceded "in part, civil and criminal jurisdiction in Operation of Motor Vehicles on Public Streets, Alleys, Roads, and Highways cases in the following manner: Pursuant to RCW 37.12.010(8), the State shall retain jurisdiction over civil causes of action involving non-Indian plaintiffs, non-Indian defendants, and non-Indian victims; the State shall retain jurisdiction over criminal offenses involving non-Indian defendants and non-Indian victims." Thus, traffic offenses committed by Indians are governed by federal and tribal law, not state law.

4. Since Tract D is within the Yakama Reservation and the State of Washington retroceded certain jurisdiction but retained jurisdiction in two areas—over criminal offenses involving non-Indian defendants and over criminal offenses involving non-Indian victims—accordingly, the State and necessarily the Defendants here have criminal jurisdiction over offenses committed by or against non-Indians within the Yakama Reservation, including Tract D.

**THIS ACTION WAS** decided by Chief Judge Thomas O. Rice following a bench trial held from July 29, 2019 through July 31, 2019.

DATED: August 28, 2019.

> SEAN F. McAVOY
> Clerk of Court
>
> By: *s/Linda Hansen*
>   Deputy Clerk

**2 | JUDGMENT IN A CIVIL CASE**